KYH

FILED ENTERED
LODGED RECEIVED

AUG 25 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA *
*
v. *
* CRIM. NO. 1:26-mj-02311-DRM
JESUS GONZALEZ ESPINOZA *
*
Defendant. *

...oOo...

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Victoria Brown, being duly sworn, deposes and states the following:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since 2021. I am authorized by law to interrogate, arrest, search, and seize aliens who are unlawfully present in the United States pursuant to Title 8, United States Code, Section 1357. Throughout my career, I have been involved in the investigation of numerous cases involving the illegal reentry of aliens into the United States.

2. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including the defendant's criminal history record; and from reports of other enforcement officers involved in the investigation.

3. Because I have submitted this Affidavit for the limited purpose of establishing probable cause, I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded any information known to me that would defeat a determination of probable cause.

KYH

4. This Affidavit is submitted in support of a criminal complaint and arrest warrant for Jesus Gonzalez Espinoza ("GONZALEZ"), charging him with reentry after removal in violation of 8 U.S.C. § 1326(a).

**PROBABLE CAUSE**

5. GONZALEZ is a citizen and national of Mexico, and not a native, citizen or national of the United States.

6. GONZALEZ first entered the United States in January 2025 without inspection or admission by an immigration officer. On January 20, 2025, GONZALEZ was encountered in Sasabe, Arizona by a Border Patrol Agent. The defendant was served with a notice of removal. GONZALEZ was removed to Mexico on January 22, 2025.

7. GONAZLEZ reentered at an unknown date and was encountered by law enforcement on May 19, 2026, in or around Westminster, Maryland. GONZALEZ was arrested and charged with Malicious Destruction of Property with Value over $1,000 and Assault Second Degree under Carroll County District Court case number D-102-CR-26-001330. On July 14, 2026, GONZALEZ was found guilty of Assault Second Degree and sentenced to one year imprisonment.

8. GONZALEZ's identity was confirmed through photo comparison, fingerprint analysis, and self admittance. Senior Fingerprint Analyst Stephanie Fox with Homeland Security compared the fingerprints taken in connection with GONZALEZ's January 20, 2025 arrest with the fingerprints taken in connection with the defendant's May 19, 2026 arrest and determined that both sets of fingerprints were made by the same individual.

9. There is no record, following GONZALEZ's January 22, 2025 deportation, that GONZALEZ ever obtained permission to reenter the United States from the Secretary for Homeland Security, the United States Attorney General, or any other authorized official.

KYH

## CONCLUSION

10. Accordingly, pursuant to the facts set forth above, I submit that probable cause exists for the issuance of a criminal complaint and warrant for the arrest of Jesus GONZALEZ-Espinoza, an alien who previously had been removed, knowingly entered and was found in the United States without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security, to reapply for admission in the United States as required by law, in violation of 8 U.S.C. § 1326(a).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Victoria Brown
Deportation Officer
U.S. Immigration and Customs Enforcement

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) this 25th day of August, 2026.

The Honorable Douglas R. Miller
United States Magistrate Judge